# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,

      Plaintiff,

v.                                           Case No. 6:22-cv-888-WWB-DAB

BG LAND, LLC and DIEN CAO VU,

      Defendants.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Settlement as to Defendant Dien Cao Vu d/b/a Happy Nails # 105 (Doc. 17) and the parties' Joint Stipulation of Dismissal With Prejudice Solely Against Defendant BG Land, LLC (Doc. 16).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on September 27, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record